Mohamed v Abuhamra (2024 NY Slip Op 02489)

Mohamed v Abuhamra

2024 NY Slip Op 02489

Decided on May 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 3, 2024

PRESENT: SMITH, J.P., LINDLEY, MONTOUR, GREENWOOD, AND DELCONTE, JJ. (Filed May 3, 2024.) 

MOTION NOS. (779-781/23) CA 22-01926. CA 22-01936. CA 22-01937.

[*1]ABLA MOHAMED, PLAINTIFF-RESPONDENT, 
v
HANI ABUHAMRA, DEFENDANT-APPELLANT. (APPEAL NO. 1.)
ABLA MOHAMED, PLAINTIFF-RESPONDENT,
v
HANI ABUHAMRA, DEFENDANT-APPELLANT. (APPEAL NO. 2.)
ABLA MOHAMED, PLAINTIFF-RESPONDENT,
v
HANI ABUHAMRA, DEFENDANT-APPELLANT. (APPEAL NO. 3.)

MEMORANDUM AND ORDER Motion for reargument denied.